ORDERED.

Dated:  August 08, 2016

_____
Roberta A. Colton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                                              CASE NO: 6:16-bk-03388-RAC
                                                                    CHAPTER 7
GEORGE W. DESOTO and
LORRAINE J. DESOTO

    Debtors
_____/

**AGREED ORDER GRANTING WELLS
FARGO BANK, N.A.'S, MOTION FOR RELIEF
FROM THE AUTOMATIC STAY WITH EFFECTIVE DATE OF 90 DAYS**
(Request to Cancel Hearing on 08/04/2016)

**THIS CASE** came on for consideration of the *Motion for Relief from the Automatic Stay* (Doc 7) filed by Wells Fargo Bank, N.A. ("Secured Creditor") (the "Motion"). The Trustee and Counsel for Secured Creditor having agreed to the entry of this order, and the Court being otherwise duly advised in the premises, it is

    **ORDERED**:

    1.    The Motion (Doc 7) is GRANTED.

    2.    The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated <u>effective 90 days from the date of this order</u> as to Movant's interest in the real property located at 4199 Hidden Lakes Drive, Mims, FL 32754, which is legally described as:

    **LOT 6, BLOCK 4, HIDDEN LAKES, PHASE ONE, UNIT ONE, REPLAT, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN**

**PLAT BOOK 34, PAGE(S) 82 THROUGH 84, INCLUSIVE, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.**

**INCLUDES MOBILE HOME 2007 RANCHO BONITO NA SERIAL NO.(S): PH0916847AFL; PH0916847BFL & PH0916847CFL**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtors.

4. Any communication by Movant in connection with proceeding against the Property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential forbearance agreement, loan modification, refinance agreement, loss mitigation agreement or other loan workout, may be sent directly to the Debtors.

5. The Court waives the fourteen (14) day stay set forth in Bankruptcy Rule 4001(a)(3).

6. Relief from the automatic stay is effective 90 days from the date of this Order.

Attorney Shaina Druker is directed to serve a copy of this order on interested parties and file a proof of service within 3 days